**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DELCINE THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1222 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | Honorable Joan H. Lefkow |
| CORRECTIONS, | ) | |
| | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILNG**

To:    Mr. Hubert O. Thompson
       Mr. Ronald Austin, Jr.
       BROTHERS & THOMPSON, P.C.
       100 West Monroe, Suite 1700
       Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on the 10th day of April, 2008, we caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, 60604, the attached **ATTORNEY APPEARANCE FORM,** a copy of which is hereby served upon you.

                                        Respectfully submitted,

LISA MADIGAN                    **ILLINOIS DEPARTMENT OF**
Illinois Attorney General       **CORRECTIONS,**
                                Defendant,

                                By:_____s/ Mary M. Madden_____

                                    MARY M. MADDEN
                                    Assistant Attorney General
                                    100 West Randolph Street, 13th Floor
                                    Chicago, Illinois 60601
                                    (312) 814-7201

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a copy of the foregoing **ATTORNEY APPEARANCE**

**FORM,** was served this 10th day of April, 2008, by electronic mail upon the following:


Mr. Hubert O. Thompson
Mr. Ronald Austin, Jr.
BROTHERS & THOMPSON, P.C.
100 West Monroe, Suite 1700
Chicago, Illinois 60603
hthompson@brothersthompson.com



_____s/ Mary M. Madden_____
MARY M. MADDEN