# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Delcine Thompson

                        Plaintiff,

v.                                                 Case No.: 1:08−cv−01222

                                                        Honorable Joan H. Lefkow

Illinois Department of Corrections

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing held on 4/24/2008 and continued to 6/3/2008 at 09:30 AM for report on settlement. Defendant's oral motion to extend date to 6/3/2008 by which to answer or otherwise plead is granted.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.