**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DELCINE THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1222 |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) ) | Honorable Joan H. Lefkow |
| | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILNG**

To: Mr. Hubert O. Thompson
Mr. Ronald Austin, Jr.
BROTHERS & THOMPSON, P.C.
100 West Monroe, Suite 1700
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on the 2nd day of June, 2008, we caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, 60604, the attached **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT AT LAW,** a copy of which is hereby served upon you.

Respectfully submitted,

LISA MADIGAN
Illinois Attorney General

**ILLINOIS DEPARTMENT OF CORRECTIONS,**
Defendant,

By:   s/ Mary M. Madden

MARY M. MADDEN
Assistant Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-7201

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT AT LAW,** was served this 2nd day of June, 2008, by electronic mail upon the following:

> Mr. Hubert O. Thompson
> Mr. Ronald Austin, Jr.
> BROTHERS & THOMPSON, P.C.
> 100 West Monroe, Suite 1700
> Chicago, Illinois 60603
> hthompson@brothersthompson.com

_____s/ Mary M. Madden_____
MARY M. MADDEN