UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DELCINE THOMPSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 08 CV 1222 |
| ILLINOIS DEPARTMENT OF CORRECTIONS | ) | Judge Joan H. Lefkow |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

**TO:**  Ms. Mary M. Madden
Office of the Attorney General
100 W. Randolph Street, 13th Floor
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on Thursday, June 5, 2008, we filed with the Clerk of the Court for the Federal District Court for the Northern District of Illinois the parties' **PROPOSED SCHEDULING ORDER**, a copy of which is attached and served upon you.

Respectfully submitted,

s/ Hubert O. Thompson

Hubert O. Thompson
Ronald Austin, Jr.
**BROTHERS & THOMPSON, P.C.**
100 West Monroe Street, Suite 1700
Chicago, Illinois 60603
P: (312) 372-2909
F: (312) 704-6693
Email: hthompson@brothersthompson.com

*Attorneys for Plaintiff Delcine Thompson*

## CERTIFICATE OF SERVICE

    HUBERT O. THOMPSON, an attorney, certifies that he caused a copy of the parties' **PROPOSED SCHEDULING ORDER** to be served on defendant via the court's electronic filing system on Thursday, June 5, 2008.

                                       /s/ Hubert O. Thompson
                                         Hubert O. Thompson

Hubert O. Thompson    #3125736
Ronald Austin, Jr.   #6242453
**BROTHERS & THOMPSON, P.C.**
100 West Monroe Street
Chicago, IL 60603
(312) 372-2909
E-mail:hthompson@brothersthompson.com