IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DELCINE THOMPSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 08 CV 1222 |
| ILLINOIS DEPARTMENT OF CORRECTIONS | ) | Judge Joan H. Lefkow |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

**TO:**  Ms. Mary M. Madden
Office of the Attorney General
100 W. Randolph Street, 13th Floor
Chicago, IL 60601

PLEASE TAKE NOTICE that on Thursday, the 31st day of July, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan H. Lefkow or any other judge sitting in her stead, in Room 1925 of the United States District Court for the Northern District of Illinois and present **PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT**, a copy of which is attached and hereby served upon you.

BY:  /s/ Hubert O. Thompson
One of Its Attorneys

Hubert O. Thompson (Atty. No. 03125736)
Ronald Austin, Jr. (Atty. No. 6242453)
**BROTHERS & THOMPSON, P.C.**
100 West Monroe Street, Suite 1700
Chicago, Illinois 60602
(312) 372-2909

## CERTIFICATE OF SERVICE

HUBERT O. THOMPSON, an attorney, certifies that he caused a copy of **PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT** to be served on defendant via the court's electronic filing service this 18th day of July, 2008.

|  |  |  |
|---|---|---|
| | BY: | /s/ Hubert O. Thompson |
| | | One of Its Attorneys |

Hubert O. Thompson (Atty. No. 03125736)
Ronald Austin, Jr. (Atty. No. 6242453)
**BROTHERS & THOMPSON, P.C.**
100 West Monroe Street, Suite 1700
Chicago, Illinois 60602
(312) 372-2909