## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1222 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Thompson vs. Illinois Department of Corrections | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for leave to file second amended complaint by 8/7/2008 [17] is granted. Defendant to answer or otherwise plead by 8/29/2008. Status hearing of 9/2/2008 stricken and reset to 10/2/2008 at 9:30 a.m. for scheduling conference.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | MD |
|---|---|---|

Case 1:08-cv-01222     Document 20     Filed 07/31/2008     Page 1 of 1

08C1222 Thompson vs. Illinois Department of Corrections     Page 1 of 1