# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1222 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Thompson vs. Illinois Department of Corrections | | |

**DOCKET ENTRY TEXT**

Enter Scheduling Order. Non-expert discovery will close on 12/19/2008. Cut-off date for designation of plaintiff's trial expert(s) is 1/19/2009; for defendant's trial expert(s) is 2/19/2009.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|