UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DELCINE THOMPSON )<br>  )<br>         Plaintiff, )<br>  v. )<br>  )<br> ILLINOIS DEPARTMENT OF )<br> CORRECTIONS )<br>         Defendant. ) | Case No.  08 CV 1222<br>Judge Joan H. Lefkow |

## NOTICE OF FILING

**TO:**  Ms. Mary M. Madden
Office of the Attorney General
100 W. Randolph Street, 13th Floor
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on Thursday, August 7, 2008, we filed with the Clerk of the Court for the Federal District Court for the Northern District of Illinois plaintiff's **SECOND AMENDED COMPLAINT**, a copy of which is attached and served upon you.

Respectfully submitted,

s/ Hubert O. Thompson

Hubert O. Thompson
Ronald Austin, Jr.
**BROTHERS & THOMPSON, P.C.**
100 West Monroe Street, Suite 1700
Chicago, Illinois 60603
P: (312) 372-2909
F: (312) 704-6693
Email: hthompson@brothersthompson.com

*Attorneys for Plaintiff Delcine Thompson*

## CERTIFICATE OF SERVICE

HUBERT O. THOMPSON, an attorney, certifies that he caused a copy of plaintiff's **SECOND AMENDED COMPLAINT** to be served on defendant, Illinois Department of Corrections, via the court's electronic filing system on Thursday, August 7, 2008.

      /s/ Hubert O. Thompson
      Hubert O. Thompson

Hubert O. Thompson   #3125736
Ronald Austin, Jr.   #6242453
**BROTHERS & THOMPSON, P.C.**
100 West Monroe Street
Chicago, IL 60603
(312) 372-2909
E-mail:hthompson@brothersthompson.com