**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                                  Case Number: **08 C 1222**

**Delcine Thompson v. Illinois Department of Corrections and Edward Huntley, individually and in his capacity as Chief Legal Counsel of the Illinois Department of Corrections**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
  **Defendant Edward Huntley**

| | |
|---|---|
| NAME (Type or print)<br>Mary M. Madden | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Mary M. Madden | |
| FIRM<br>Office of the Attorney General, State of Illinois | |
| STREET ADDRESS<br>100 West Randolph Street, 13th Floor | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6256322 | TELEPHONE NUMBER<br>(312) 814-7201 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES X  NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES X NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES X NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS<br>    RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |