**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DELCINE THOMPSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1222 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | Honorable Joan H. Lefkow |
| CORRECTIONS and | ) | |
| EDWARD HUNTLEY, individually and | ) | Magistrate Judge Maria Valdez |
| In his capacity as Chief Legal Counsel of | ) | |
| The Illinois Department of Corrections, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF FILING</u>**

To:  Mr. Hubert O. Thompson
Mr. Ronald Austin, Jr.
BROTHERS & THOMPSON, P.C.
100 West Monroe, Suite 1700
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on the 29th day of August, 2008, we caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, 60604, the attached **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT AT LAW,** a copy of which is hereby served upon you.

LISA MADIGAN
Illinois Attorney General

**ILLINOIS DEPARTMENT OF CORRECTIONS and EDWARD HUNTLEY, individually and in his capacity as Chief Legal Counsel,** Defendants

By:_ s/ Mary M. Madden_____

MARY M. MADDEN
Assistant Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-7201

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a copy of the foregoing **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT AT LAW,** was served this 29th day of August, 2008, by electronic mail upon the following:

Mr. Hubert O. Thompson
Mr. Ronald Austin, Jr.
BROTHERS & THOMPSON, P.C.
100 West Monroe, Suite 1700
Chicago, Illinois 60603
hthompson@brothersthompson.com

____s/ Mary M. Madden_____
MARY M. MADDEN