# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| DELCINE THOMPSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1222 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | Honorable Joan H. Lefkow |
| CORRECTIONS and | ) | |
| EDWARD HUNTLEY, individually and | ) | Magistrate Judge Maria Valdez |
| In his capacity as Chief Legal Counsel of | ) | |
| The Illinois Department of Corrections, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Mr. Hubert O. Thompson
Mr. Ronald Austin, Jr.
BROTHERS & THOMPSON, P.C.
100 West Monroe, Suite 1700
Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on the 16th day of September, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan H. Lefkow, or whomever may be sitting in her stead, at the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, Room 1925, and then and there present the attached **MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**, a copy of which is attached and hereby served upon you.

LISA MADIGAN
Illinois Attorney General

**ILLINOIS DEPARTMENT OF CORRECTIONS and EDWARD HUNTLEY, individually and in his capacity as Chief Legal Counsel,** Defendants

By:  s/ Mary M. Madden

MARY M. MADDEN
Assistant Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-7201

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** and **MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER** was served this 9th day of September, 2008, by electronic mail upon the following:

> Mr. Hubert O. Thompson
> Mr. Ronald Austin, Jr.
> BROTHERS & THOMPSON, P.C.
> 100 West Monroe, Suite 1700
> Chicago, Illinois 60603
> hthompson@brothersthompson.com

_____s/ Mary M. Madden_____
MARY M. MADDEN